John HARRIS Plaintiff—Appellant,

v.

PEABODY COAL COMPANY
Defendant—Appellee.

No. 03–6106.

United States Court of Appeals,
Sixth Circuit.

July 6, 2004.

Stephen M. Arnett, Ruark, Hulette & Arnett, Morganfield, KY, for Plaintiff–Appellant.

Michael D. Risley, Demetrius O. Holloway, Stites & Harbison, Louisville, KY, for Defendant–Appellee.

Before SILER, ROGERS, Circuit Judges, and CALDWELL, District Judge.*

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is,

* The Honorable Karen K. Caldwell, United States District Judge for the Eastern District of Kentucky, sitting by designation.

affirmed upon the opinion of the district court.